**Order issued June 6 , 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-12-00826-CR**
**No. 05-12-00827-CR**
**No. 05-12-00828-CR**

---

**KENDRICK DEVAUGHN JOHNSON A/K/A KEDRICK DEVAUGHN JOHNSON,**
**Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

Before Justices Moseley, Lang, and Evans

Based on the Court's opinion of this date, we **GRANT** the January 28, 2013 motion of Celia M. Sams for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Celia M. Sams as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Kendrick Devaughn Johnson, TDCJ No. 1790146, Joe F. Gurney Unit, 1385 FM 3328, Palestine, Texas, 75803.

/David Evans/
DAVID EVANS
JUSTICE